DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH D. MAGLIOCCA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1556

[December 17, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 12-14942 CF10A.

Joseph D. Magliocca, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KUNTZ and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***